AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Great American Insurance Company | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| Ronald Moye | ) | |
| _Defendant_ | ) | |

8:10 CV 330 -T17 TGW

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ronald Moye
3379 Parnell Road
Zolfo Springs, Florida 33890

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas C. James, Jr.
Sanders & Associates, LPA
5240 Socialville-Foster Road
Mason, OH 45040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT SHERYL L. LOESCH

Date: FEB 0 1 2010

_Signature of Clerk or Deputy Clerk_

[Stamp: CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA, FLORIDA — 10 FEB -1 PM 1:3_ — RECEIVED]