# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| **GREAT AMERICAN INSURANCE COMPANY,** | : : | Case No. |
| | : | Judge: |
| Plaintiff, | : : | |
| | : | Magistrate Judge: |
| *vs.* | : : | |
| **RONALD MOYE d/b/a MOYE FARMS,** | : : : | **PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S CORPORATE DISCLOSURE** |
| Defendant. | : | **STATEMENT** |

Defendant Great American Insurance Company hereby discloses (pursuant to Federal Rule of Civil Procedure 7.1(a)) that it is a wholly-owned subsidiary of American Financial Group, Inc. American Financial Group, Inc. is a publicly traded company listed on the New York Stock Exchange under the ticker symbol AFG.

Dated: January 29, 2010

Submitted by:

*s/ Thomas C. James, Jr.*
Thomas C. James, Jr., Ohio Bar No. 0073531
(*request for special admission to be filed*)
SANDERS & ASSOCIATES, LPA
5240 Socialville-Foster Road
Mason, Ohio 45040
Phone: (513) 229-8080/Fax: (513) 229-8081
tjames@sandersassociates.net
Attorney for Plaintiff
Great American Insurance Company